### 19592. PATE *v.* GREEN *et al.*

ALMAND, Justice. This is the companion case of *Pate* v. *Brock,* ante, and the ruling contained therein is controlling here. The case not being one which otherwise comes within the jurisdiction of this court, it must be *Returned to the Court of Appeals. All the Justices concur.*

ARGUED JANUARY 15, 1957—DECIDED JANUARY 15, 1957.

*A. Walton Nall, Henry A. Stewart, Sr.,* for plaintiff in error.
*Arnold & Gambrell, Brantley Edwards, A. Walton Nall,* contra.

### 19593. PATE *v.* MITCHELL *et al.*

ALMAND, Justice. This case is the companion case of *Pate* v. *Brock,* ante, and the ruling contained therein is controlling here. The case not being one which otherwise comes within the jurisdiction of this court, it must be *Returned to the Court of Appeals. All the Justices concur.*

ARGUED JANUARY 15, 1957—DECIDED JANUARY 15, 1957.

*A. Walton Nall, Henry A. Stewart, Sr.,* for plaintiff in error.
*D. B. Howe, A. Walton Nall,* contra.